Matthew Levi Faison Jr.
(Name)

waKulla CoR. 110 Melalulla Dr.
(Address)

Crawfordville, FL. 32327
(City, State, Zip)

Applied By Case Administrator
(CDCR / Booking / BOP No.)

**FILED**

Jul 19 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/ shellyy            DEPUTY

LEGAL MAIL
Provided to
Wakulla CI

JUL 15 2022

FOR MAILING

MLF

# United States District Court
## Southern District of California

Matthew Faison et al.            )
(Enter full name of plaintiff in this action.)            )
)
                    Plaintiff,            )
)
v.            )
)
BRANSTAD   et al.            )
_____            )
_____            )
_____            )
(Enter full name of each defendant in this action.)            )
                    Defendant(s).            )
_____            )

Civil Case No. **'22CV1063 MMA MSB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

28 u.s.c. 1391 & 28 u.s.c. 1406(a). Quoting Copes v. Castelo, 2018 u.s. Dist. LEXIS 154857

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, Matthew Faison A/K/A
(print Plaintiff's name)
Matt. Faison Jr., who presently resides at waKulla CORR. INST. 110 Melaleuca
(mailing address or place of confinement)
Drive Crawfordville, FL. 32327 _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at_____N/A_____

_____N/A_____ on (dates) __N/A__, __N/A__, and __N/A__.
(institution/place where violation occurred)            (Count 1)      (Count 2)      (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __BRANSTAD et al.,__ resides in __The state of California__,
(name)                          (County of residence)
and is employed as a __A & T BROKERAGE-DEALER-Boss__. This defendant is sued in
(defendant's position/title (if any))
his/her ✔ individual ✔ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __constantly conspiring apparently forming a senario, of his employee(s), to take exclusive control of the commercial Television financial market of the international "Soap Opera" Matt. Faison credential.__

Defendant __Andrew Lipman__ resides in __The state of California__,
(name)                          (County of residence)
and is employed as a __Cell Phone Brokerage Manager__. This defendant is sued in
(defendant's position/title (if any))
his/her ✔ individual ✔ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __For over charging the plaintiff, for ("Jitter bug flip") via Constantly conspiring apparently forming a Senario, television financial Market of the international "Soap Opera" Matthew Faison Credential.__

Defendant __Brian Thompson__ resides in __The State of California__,
(name)                          (County of residence)
and is employed as a __motion Picture manager- Boss__. This defendant is sued in
(defendant's position/title (if any))
his/her ✔ individual ✔ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Not allowing said plaintiff the affordable opertunity A way to use ("techology equipment") to stimulate economic growth, Conspiring with Fellow employee(s). not to listen to the Ideal.__

Defendant __Jimmy White__ resides in __State of California__,
(name)                          (County of residence)
and is employed as a __Bank-teller clerk manger__. This defendant is sued in
(defendant's position/title (if any))
his/her ✔ individual ✔ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __participate, in all the Above factors through a Conspiracy.__
__See, all other Defendant(s). on the attached Sheet.__

§ 1983 SD Form
(Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>. STATE ACTION also STATE-</u>

(E.g., right to medical care, access to courts,

<u>ACTION DOCTRINE:</u>

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The defendant has subject the real ("movie&star Boss "Soap Opera"), Matthew Faison whom the television media has not reveal the identity Secrete of matthew faison, because he is still in the Dept. of CORR. Territory. through intrusion of the defendants, who comitted a conspiracy because said brokerage Ante. Section 2. of this instant compl. They desire is to take exclusive control of the commercial television financial market of matthew Faison's credential.

§ 1983 SD Form
(Rev. 8/15)

3

Count 2:  The following civil right has been violated: .STATE ACTION also STATE-
(E.g., right to medical care, access to courts,

ACTION DOCTRINE :

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

via  To  all  the  said  defendants, who's in Violation
of  the  STATE ACTION Code :

<u>Count 3</u>:  The following civil right has been violated: **, STATE ACTION also STATE —**

<span style="font-size:smaller">(E.g., right to medical care, access to courts,</span>

**ACTION DOCTRINE:**

<span style="font-size:smaller">due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)</span>

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Via to all the said defendants, who's in violation of the
STATE ACTION CODE:

- Its noted, And Advising the Court of "ORDER" of the
U.S. Dist. ct. of New JERSEY, ECF NO. 28: ante
pg. 1-2 That plaintiff matthew Faison does meet
the requirements, being under "imminent danger" of
serious physical medical injury:
"ECF NO. 28" ATTAched.

**D.  Previous Lawsuits and Administrative Relief**

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  □ Yes  ☑ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d)  Issues raised: _____
_____
_____
_____
_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  ☑ Yes  □ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

Contacted;
The (BBB), Better Business Bureau; ante.
Southeast florida & the Caribbean; on the fundamental
reasons of matthew Faison, Credential #.
See, Mr. Dick M. Orteg. complaint Activity Report
Number# 90497304
please contact South Beach FL. "(BBB)..."

_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

.from harassing the plaintiff
while the "State ACTION" IN proCESS..."

2. Damages in the sum of $ 777 million .
3. Punitive damages in the sum of $ 2256 million.
4. Other: Relief this Honorable court deem proper,
And just.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

July 15th 2022
Date

M. S. Faison Jr.
Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)                                    7



Mr. Matthew L. Faison Jr.
038634-G1-203
WAKULLA CI - MAIN UNIT
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327

MAILED FROM A
CORRECTIONAL
FACILITY

US POSTAGE PITNEY BOWES
ZIP 32327 $ 011.60°
02 4M
0000386097 JUL 15 2022

RECEIVED
JUL 19 2022
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

HON. S. Yeager
Case Administrator
United States District
Court
Southern District of
California
Office of the Clerk
333 West Broadway,
Suite 420
San Diego, California 92101

LEGAL MAIL



LEGAL MAIL
Provided to
Wakulla CI

JUL 1 5 2022

FOR MAILING