**Other Orders/Judgments**
2:05-cv-01865-WJM-RJH
FAISON et al v. BRANSTAD et al
**CASE CLOSED on 04/15/2005**

CLOSED,PLO,PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2022 at 9:17 AM EDT and filed on 6/22/2022
**Case Name:** FAISON et al v. BRANSTAD et al
**Case Number:** 2:05-cv-01865-WJM-RJH
**Filer:**
**WARNING: CASE CLOSED on 04/15/2005**
**Document Number:** 28

**Docket Text:**
**ORDER denying Plaintiff's request to reopen this action. Signed by Judge William J. Martini on 6/22/22. (gh, )**


**2:05-cv-01865-WJM-RJH Notice has been electronically mailed to:**

**2:05-cv-01865-WJM-RJH Notice has been sent by regular U.S. Mail:**

ANDREW LIPMAN

BRIAN THOMPSON

JIMMY WHITE

JOHN WOODY

JUSTIN HAYNES

LARRY SMITH

LEGG MASON

MASTER MATTHEW LEVI FAISON
038634 GI-203
WAKULLA CORRECTIONAL INSTITUTION
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327-4963

TAVIS MCCOURT

TOM BROCKMAN

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2022] [FileNumber=16225984-0] [5af4aded5bba239b0239fff30e56cc4e629b3d2207569e1feab86c202899e46f8f428929dcc692fe8e65053451668786a9d78de7401efabb36f6dfc0e51d80b2]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MASTER MATTHEW LEVI FAISON, et al.,

Plaintiffs,

v.

TERRY BRANSTAD, et al.,

Defendants.

Civ. No. 2:05-01865 (WJM)

**ORDER**

This matter comes before the Court on Plaintiff's request to reopen the case, ECF No. 27. This application cures none of the deficiencies noted in the original Order dismissing this action, ECF No. 2, and noted again in the Court's subsequent Order denying Plaintiff's initial request to reopen the action, ECF No. 21. This Court is not the proper venue for this litigation. *See* 28 U.S.C. ¶ 1391(b). Moreover, Plaintiff remains barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 by the "three-strikes" rule, which prohibits a prisoner from proceeding *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). While Plaintiff appears to suggest he was under "imminent danger" in 2005 because prison staff refused to transfer him, he does not claim that currently he "*is* under imminent danger of serious

1

physical injury." 28 U.S.C. § 1915(g) (emphasis added). For these reasons, and for good cause shown,

**IT IS** on this 22th day of June 2022, **ORDERED** that Plaintiff's request to reopen this action is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LEVI FAISON,<br>Plaintiff,<br>v.<br>CLIVE DAVIS, et al.,<br>Defendants. | Case No. 20-cv-02792-JST<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: ECF No. 2 |

Plaintiff's application to proceed *in forma pauperis* is GRANTED. ECF No. 2. The total filing fee due is $350.00. Because of plaintiff's lack of funds, no initial filing fee is due at this time. Funds for the filing fee will be taken from income to plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). The Clerk shall send a copy of this order and the attached instructions to the plaintiff, the court's financial office, and the prison trust account office.

This order terminates ECF No. 2.

**IT IS SO ORDERED.**

Dated: September 3, 2020

JON S. TIGAR
United States District Judge