_Matthew L. Faison_
PLAINTIFF/PETITIONER/MOVANT'S NAME
_038634 - G2-203_
PRISON NUMBER
_Wakulla CORR. INST. Melaleuca_
_Drive_
PLACE OF CONFINEMENT
_110 Melaleuca Dr. Crawford ville FL._
_32327_
ADDRESS



**FILED**

Jul 19 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ shellyy      DEPUTY

# United States District Court
## Southern District Of California

_Matthew Faison et al.,_
_____
Plaintiff/Petitioner/Movant

v.

_BRANSTAD et al.,_
_____
Defendant/Respondent

Civil No. **'22 CV 1063 MMA MSB**
_____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED IN FORMA
PAUPERIS**

I, _Matthew L. Faison_ ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without
prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this
proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration _Wakulla CORR. INST._
    Are you employed at the institution?    ☐ Yes ☑No
    Do you receive any payment from the institution?    ☐ Yes ☑No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust
    account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *Coke & Beer Wine & Liquor Wearhouse: 100 North miami Parkway Drive; make or made 75 Cent % a hour. In the year of 1973: See, soc. sec. No. 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*

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment    ☐ Yes ☑ No
b. Rent payments, royalties interest or dividends    ☐ Yes ☑ No
c. Pensions, annuities or life insurance    ☐ Yes ☑ No
d. Disability or workers compensation    ☐ Yes ☑ No
e. Social Security, disability or other welfare    ☐ Yes ☑ No
e. Gifts or inheritances    ☐ Yes ☑ No
f. Spousal or child support    ☐ Yes ☑ No
g. Any other sources    ☑ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *On the 10th of Februar 2022 I received $1,842.97 Government stimulus money:*

4. Do you have any checking account(s)? ☑ Yes ☐ No *I may have, but secret sealed;*
a. Name(s) and address(es) of bank(s): *BofA & Capital 1 one Bank*
b. Present balance in account(s): *a unknown resource see, ("UBER"):*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☑ No
a. Name(s) and address(es) of bank(s):_____
b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☑ No
a. Make:_____ Year:_____ Model:_____
b. Is it financed? ☐ Yes   ☐ No
c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes ☑ No

If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *all my Kids or grown, Thay don't want dady $ money.*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *See Attached, Trust Account Statement:*

_____

_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *none*

_____

_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____

_____

_____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*July 15th 2022*

DATE

*M. L. Faison Jr.*

SIGNATURE OF APPLICANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINANCIAL CERTIFICATE

(To be completed by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S
PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance:

2. Average Monthly Balance for preceding 6 months:

3. Average Monthly Deposits for preceding 6 months:

**I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.**

_____          3-7-2022
SIGNATURE OF AUTHORIZED OFFICIAL          DATE

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

( Bank Statement )    ( ~~illegible~~ )    ( FINANCIAL CERTIFICATE )
  ATTnched

Follow 3

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 118 - WAKULLA C.I.
FOR: 10/01/2021 - 04/08/2022

ACCT NAME: FAISON, MATTHEW L.          ACCT#: 038634
     BED: G1203L                       TYPE: INMATE TRUST
     PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/06/21 | 218 | LEGAL POSTAGE W | 2021112902 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/06/2021 | 2021112902 | | | | |
| 12/06/21 | 218 | LEGAL POSTAGE W | 2021112903 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/06/2021 | 2021112903 | | | | |
| 12/06/21 | 218 | LEGAL POSTAGE W | 2021112904 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/06/2021 | 2021112904 | | | | |
| 12/06/21 | 218 | LEGAL POSTAGE W | 2021112905 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/06/2021 | 2021112905 | | | | |
| 12/13/21 | 191 | LEGAL POSTAGE W | 2021120601 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/13/2021 | 2021120601 | | | | |
| 12/13/21 | 191 | LEGAL POSTAGE W | 2021120701 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/13/2021 | 2021120701 | | | | |
| 12/13/21 | 191 | LEGAL POSTAGE W | 2021120702 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/13/2021 | 2021120702 | | | | |
| 12/13/21 | 191 | LEGAL POSTAGE W | 2021121001 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/13/2021 | 2021121001 | | | | |
| 12/20/21 | 208 | LEGAL POSTAGE W | 2021121701 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/20/2021 | 2021121701 | | | | |
| 12/20/21 | 208 | LEGAL POSTAGE W | 2021121702 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/20/2021 | 2021121702 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011001 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011001 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011002 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011002 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011003 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011003 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011004 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011004 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011401 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011401 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011402 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011402 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011403 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011403 | | | | |
| 01/24/22 | 224 | LEGAL POSTAGE W | 2022011404 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 01/24/2022 | 2022011404 | | | | |
| 02/07/22 | 196 | LEGAL POSTAGE W | 2022020101 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/07/2022 | 2022020101 | | | | |
| 02/07/22 | 196 | LEGAL POSTAGE W | 2022020102 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/07/2022 | 2022020102 | | | | |
| 02/10/22 | 159 | GOVERNMENT CHEC | 404183628717 | 000 | RRC | + | $1,842.97 | $1,842.97 |
| 02/11/22 | 117 | PROCESSING FEE | 021022159032 | 000 | | - | $0.50 | $1,842.47 |
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $273.80 | $1,568.67 |
| | | ST. PRISON LITI | - 11/01/2018 | 2018CA808 | | | | |

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                07/01/22
                                 TRUST FUND ACCOUNT STATEMENT                    08:56:35
                                FACILITY: 118 - WAKULLA C.I.                     PAGE 1212
                                 FOR: 06/01/2022 - 06/30/2022

ACCT NAME: FAISON, MATTHEW L.            ACCT#: 038634
     BED: G1203L                         TYPE: INMATE TRUST
     PO BOX:

                                                              BEGINNING BALANCE 06/01/22        $0.00
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052401 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052401 | | | |
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052402 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052402 | | | |
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052403 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052403 | | | |
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052601 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052601 | | | |
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052602 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052602 | | | |
| 06/01/22 | 264 | LEGAL POSTAGE W | 2022052603 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2022 | | 2022052603 | | | |
| 06/09/22 | 115 | LEGAL COPIES WD | 1182022517 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 1182022517 | | | |
| 06/09/22 | 115 | LEGAL COPIES WD | 1182022541 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 1182022541 | | | |
| 06/09/22 | 115 | LEGAL COPIES WD | 1182022548 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 1182022548 | | | |
| 06/09/22 | 115 | LEGAL COPIES WD | 1182022549 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 1182022549 | | | |
| 06/09/22 | 150 | LEGAL POSTAGE W | 2022060301 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 2022060301 | | | |
| 06/09/22 | 150 | LEGAL POSTAGE W | 2022060302 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/09/2022 | | 2022060302 | | | |
| 06/20/22 | 242 | LEGAL POSTAGE W | 2022061601 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/20/2022 | | 2022061601 | | | |
| 06/20/22 | 242 | LEGAL POSTAGE W | 2022061602 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/20/2022 | | 2022061602 | | | |

```
                                                              ENDING BALANCE 06/30/22          $0.00
```

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| SUMMARY | FEDERAL PRISON LITIGATION | | $2,585.00 | $1,366.33 |
| SUMMARY | LEGAL POSTAGE | | $806.64 | $806.64 |
| SUMMARY | POSTAGE | | $4.40 | $4.40 |

```
                                    FLORIDA DEPARTMENT OF CORRECTIONS              07/01/22
IBSR140 (74)                          TRUST FUND ACCOUNT STATEMENT                 08:56:35
                                    FACILITY: 118 - WAKULLA C.I.                   PAGE 1213
                                      FOR: 06/01/2022 - 06/30/2022


      ACCT NAME: FAISON, MATTHEW L.            ACCT#: 038634
           BED: G1203L                         TYPE: INMATE TRUST
           PO BOX:
```

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|-----------|--------------|-----------|----------------|-------------------|
| SUMMARY  | LEGAL COPIES       |     | $415.24 | $415.24 |
| SUMMARY  | MEDICAL CO-PAYMENT |     | $299.00 | $299.00 |
| 06/01/22 | LEGAL POSTAGE      | 000 | $1.36   | $1.36   |
| 06/01/22 | LEGAL POSTAGE      | 000 | $1.36   | $1.36   |
| 06/01/22 | LEGAL POSTAGE      | 000 | $1.36   | $1.36   |
| 06/01/22 | LEGAL POSTAGE      | 000 | $0.73   | $0.73   |
| 06/01/22 | LEGAL POSTAGE      | 000 | $0.53   | $0.53   |
| 06/01/22 | LEGAL POSTAGE      | 000 | $0.73   | $0.73   |
| 06/09/22 | LEGAL COPIES       | 000 | $1.80   | $1.80   |
| 06/09/22 | LEGAL POSTAGE      | 000 | $0.73   | $0.73   |
| 06/09/22 | LEGAL POSTAGE      | 000 | $0.73   | $0.73   |
| 06/09/22 | LEGAL COPIES       | 000 | $1.35   | $1.35   |
| 06/09/22 | LEGAL COPIES       | 000 | $2.10   | $2.10   |
| 06/09/22 | LEGAL COPIES       | 000 | $2.25   | $2.25   |
| 06/20/22 | LEGAL POSTAGE      | 000 | $1.36   | $1.36   |
| 06/20/22 | LEGAL POSTAGE      | 000 | $0.53   | $0.53   |

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 118 - WAKULLA C.I.
FOR: 05/01/2022 - 06/30/2022

IBSR140 (74)

06/01/22
11:59:36
PAGE 1181

```
ACCT NAME: FAISON, MATTHEW L.         ACCT#: 038634
    BED: G1203L                       TYPE: INMATE TRUST
    PO BOX:
```

                                                BEGINNING BALANCE 05/01/22         $0.00

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/18/22 | 195 | LEGAL COPIES WD | 11820220471 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/18/2022 | 11820220471 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051101 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051101 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051102 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051102 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051103 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051103 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051104 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051104 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051201 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051201 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051202 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051202 | | | | |
| 05/20/22 | 112 | LEGAL POSTAGE W | 2022051301 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/20/2022 | 2022051301 | | | | |
| 05/24/22 | 189 | LEGAL POSTAGE W | 2022052001 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/24/2022 | 2022052001 | | | | |
| 05/24/22 | 189 | LEGAL POSTAGE W | 2022052002 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/24/2022 | 2022052002 | | | | |
| 05/27/22 | 149 | LEGAL COPIES WD | 11820220483 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/27/2022 | 11820220483 | | | | |
| 05/27/22 | 149 | LEGAL COPIES WD | 11820220501 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/27/2022 | 11820220501 | | | | |

                                                ENDING BALANCE 06/30/22            $0.00

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| SUMMARY | FEDERAL PRISON LITIGATION | | $2,585.00 | $1,366.33 |
| SUMMARY | LEGAL POSTAGE | | $797.61 | $797.61 |
| SUMMARY | POSTAGE | | $4.40 | $4.40 |
| SUMMARY | LEGAL COPIES | | $383.29 | $383.29 |
| SUMMARY | MEDICAL CO-PAYMENT | | $299.00 | $299.00 |
| 05/18/22 | LEGAL COPIES | 000 | $11.25 | $11.25 |
| 05/20/22 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |

```
                              FLORIDA DEPARTMENT OF CORRECTIONS          06/01/22
IBSR140 (74)                    TRUST FUND ACCOUNT STATEMENT             11:59:36
                            FACILITY: 118 - WAKULLA C.I.                 PAGE 1182
                              FOR: 05/01/2022 - 06/30/2022


ACCT NAME: FAISON, MATTHEW L.          ACCT#: 038634
      BED: G1203L                      TYPE: INMATE TRUST
   PO BOX:

LIEN                            LIEN      AMOUNT      AMOUNT
DATE      TYPE OF LIEN          FACL     OF LIEN   STILL OWED
--------  -----------------------------  ----  -----------  -----------
05/20/22  LEGAL POSTAGE          000       $0.73        $0.73
05/20/22  LEGAL POSTAGE          000       $0.53        $0.53
05/20/22  LEGAL POSTAGE          000       $0.53        $0.53
05/20/22  LEGAL POSTAGE          000       $0.53        $0.53
05/20/22  LEGAL POSTAGE          000       $0.53        $0.53
05/20/22  LEGAL POSTAGE          000       $0.53        $0.53
05/24/22  LEGAL POSTAGE          000       $2.76        $2.76
05/24/22  LEGAL POSTAGE          000       $2.36        $2.36
05/27/22  LEGAL COPIES           000      $19.80       $19.80
05/27/22  LEGAL COPIES           000       $0.90        $0.90
```

```
                                    FLORIDA DEPARTMENT OF CORRECTIONS                    05/06/22
IBSR140 (74)                           TRUST FUND ACCOUNT STATEMENT                      11:41:33
                                     FACILITY: 118 - WAKULLA C.I.                        PAGE 1129
                                        FOR: 04/01/2022 - 04/30/2022


ACCT NAME: FAISON, MATTHEW L.            ACCT#: 038634
          BED: G1203L                    TYPE: INMATE TRUST
          PO BOX:


                                                                   BEGINNING BALANCE 04/01/22        $0.00

          POSTED                 REFERENCE
          DATE    NBR   TYPE      NUMBER     FAC  REMITTER/PAYEE        +/-      AMOUNT      BALANCE
          ------- ---  ---------- ---------- --- ------------------    ---    ----------  -----------
          04/20/22 154 LEGAL POSTAGE W 2022041101   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041101
          04/20/22 154 LEGAL POSTAGE W 2022041102   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041102
          04/20/22 154 LEGAL POSTAGE W 2022041103   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041103
          04/20/22 154 LEGAL POSTAGE W 2022041104   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041104
          04/20/22 154 LEGAL POSTAGE W 2022041105   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041105
          04/20/22 154 LEGAL POSTAGE W 2022041106   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041106
          04/20/22 154 LEGAL POSTAGE W 2022041107   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041107
          04/20/22 154 LEGAL POSTAGE W 2022041108   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041108
          04/20/22 154 LEGAL POSTAGE W 2022041109   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041109
          04/20/22 154 LEGAL POSTAGE W 2022041110   000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/20/2022  2022041110
          04/29/22 185 LEGAL COPIES WD 11820220356  000                 -        $0.00       $0.00
                       LIEN CREATED   - 04/29/2022  11820220356


                                                                   ENDING BALANCE 04/30/22          $0.00

LIEN                                      LIEN     AMOUNT      AMOUNT
DATE      TYPE OF LIEN                    FACL    OF LIEN    STILL OWED
--------  ----------------------------    ----   ---------  -----------
SUMMARY   LEGAL POSTAGE                             $788.16     $788.16
SUMMARY   POSTAGE                                     $4.40       $4.40
SUMMARY   LEGAL COPIES                              $379.39     $379.39
SUMMARY   MEDICAL CO-PAYMENT                        $299.00     $299.00
SUMMARY   FEDERAL PRISON LITIGATION              $2,585.00   $1,366.33
04/20/22  LEGAL POSTAGE                    000        $0.53       $0.53
04/20/22  LEGAL POSTAGE                    000        $2.16       $2.16
04/20/22  LEGAL POSTAGE                    000        $1.16       $1.16
04/20/22  LEGAL POSTAGE                    000        $1.16       $1.16
```

```
IBSR140 (74)                      FLORIDA DEPARTMENT OF CORRECTIONS        05/06/22
                                   TRUST FUND ACCOUNT STATEMENT            11:41:33
                                FACILITY: 118 - WAKULLA C.I.               PAGE 1130
                                 FOR: 04/01/2022 - 04/30/2022
```

```
ACCT NAME: FAISON, MATTHEW L.         ACCT#: 038634
       BED: G1203L                    TYPE: INMATE TRUST
       PO BOX:
```

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|-----------|--------------|-----------|----------------|-------------------|
| 04/20/22 | LEGAL POSTAGE | 000 | $1.16 | $1.16 |
| 04/20/22 | LEGAL POSTAGE | 000 | $1.16 | $1.16 |
| 04/20/22 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |
| 04/20/22 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |
| 04/20/22 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |
| 04/20/22 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |
| 04/29/22 | LEGAL COPIES | 000 | $3.90 | $3.90 |

```
                              FLORIDA DEPARTMENT OF CORRECTIONS                        04/08/22
IBSR140 (74)                     TRUST FUND ACCOUNT STATEMENT                           14:29:05
                               FACILITY: 118 - WAKULLA C.I.                            PAGE  · 1
                               FOR: 10/01/2021 - 04/08/2022

ACCT NAME: FAISON, MATTHEW L.           ACCT#: 038634
   BED: G1203L                          TYPE: INMATE TRUST
   PO BOX:
```

```
                                                          BEGINNING BALANCE 10/01/21        $0.00
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/08/21 | 167 | LEGAL POSTAGE W | 2021100501 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/08/2021 | 2021100501 | | | | |
| 10/15/21 | 216 | LEGAL POSTAGE W | 2021101301 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/15/2021 | 2021101301 | | | | |
| 10/15/21 | 216 | LEGAL POSTAGE W | 2021101302 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/15/2021 | 2021101302 | | | | |
| 10/15/21 | 216 | LEGAL POSTAGE W | 2021101501 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/15/2021 | 2021101501 | | | | |
| 10/26/21 | 229 | LEGAL POSTAGE W | 2021101801 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/26/2021 | 2021101801 | | | | |
| 10/26/21 | 229 | LEGAL POSTAGE W | 2021101802 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/26/2021 | 2021101802 | | | | |
| 10/26/21 | 229 | LEGAL POSTAGE W | 2021102001 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/26/2021 | 2021102001 | | | | |
| 10/26/21 | 229 | LEGAL POSTAGE W | 2021102002 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 10/26/2021 | 2021102002 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021110901 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021110901 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021111001 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021111001 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021111002 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021111002 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021111003 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021111003 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021111004 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021111004 | | | | |
| 11/17/21 | 284 | LEGAL POSTAGE W | 2021111005 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/17/2021 | 2021111005 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111601 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111601 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111602 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111602 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111901 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111901 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111902 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111902 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111903 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111903 | | | | |
| 11/22/21 | 263 | LEGAL POSTAGE W | 2021111904 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 11/22/2021 | 2021111904 | | | | |
| 12/06/21 | 218 | LEGAL POSTAGE W | 2021112901 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 12/06/2021 | 2021112901 | | | | |

```
                                    FLORIDA DEPARTMENT OF CORRECTIONS                          04/08/22
IBSR140 (74)                          TRUST FUND ACCOUNT STATEMENT                             14:29:05
                                    FACILITY: 118 - WAKULLA C.I.                               PAGE    3
                                      FOR: 10/01/2021 - 04/08/2022
```

ACCT NAME: FAISON, MATTHEW L.          ACCT#: 038634
    BED: G1203L                        TYPE: INMATE TRUST
    PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $350.00 | $1,218.67 |
| | | FED PRISON LITI | - 02/09/2012 | 3:11CV5095 | | | | |
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $368.59 | $850.08 |
| | | FED PRISON LITI | - 08/10/2010 | 10-13146-G | | | | |
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $368.59 | $481.49 |
| | | FED PRISON LITI | - 07/06/2010 | 1011918D | | | | |
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $368.59 | $112.90 |
| | | FED PRISON LITI | - 06/27/2010 | 10-12489-H | | | | |
| 02/11/22 | 119 | LIEN PAYMENT | 021022159032 | 000 | | - | $112.90 | $0.00 |
| | | FED PRISON LITI | - 11/30/2006 | 06-14401-I | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020701 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020701 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020702 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020702 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020703 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020703 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020704 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020704 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020705 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020705 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020706 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020706 | | | | |
| 02/11/22 | 140 | LEGAL POSTAGE W | 2022020707 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/11/2022 | 2022020707 | | | | |
| 02/18/22 | 145 | LEGAL POSTAGE W | 2022021801 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/18/2022 | 2022021801 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030701 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030701 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030702 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030702 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030703 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030703 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030704 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030704 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030705 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030705 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030706 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030706 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030707 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030707 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030708 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030708 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030709 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030709 | | | | |

```
                                     FLORIDA DEPARTMENT OF CORRECTIONS                    04/08/22
IBSR140 (74)                             TRUST FUND ACCOUNT STATEMENT                      14:29:05
                                     FACILITY: 118 - WAKULLA C.I.                          PAGE   4
                                         FOR: 10/01/2021 - 04/08/2022
```

```
ACCT NAME: FAISON, MATTHEW L.              ACCT#: 038634
     BED: G1203L                           TYPE: INMATE TRUST
     PO BOX:
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030710 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030710 | | | | |
| 03/11/22 | 272 | LEGAL POSTAGE W | 2022030711 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/11/2022 | 2022030711 | | | | |
| 03/31/22 | 127 | LEGAL POSTAGE W | 2022032501 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/31/2022 | 2022032501 | | | | |
| 03/31/22 | 127 | LEGAL POSTAGE W | 2022032502 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 03/31/2022 | 2022032502 | | | | |

```
                                                       ENDING BALANCE 04/08/22        $0.00
```

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| SUMMARY | FEDERAL PRISON LITIGATION | | $2,585.00 | $1,366.33 |
| SUMMARY | LEGAL POSTAGE | | $701.41 | $701.41 |
| SUMMARY | POSTAGE | | $4.40 | $4.40 |
| SUMMARY | LEGAL COPIES | | $379.39 | $379.39 |
| SUMMARY | MEDICAL CO-PAYMENT | | $299.00 | $299.00 |
| 10/08/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 10/15/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 10/15/21 | LEGAL POSTAGE | 000 | $1.40 | $1.40 |
| 10/15/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 10/26/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 10/26/21 | LEGAL POSTAGE | 000 | $0.71 | $0.71 |
| 10/26/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 10/26/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 11/17/21 | LEGAL POSTAGE | 000 | $2.80 | $2.80 |
| 11/17/21 | LEGAL POSTAGE | 000 | $1.40 | $1.40 |
| 11/17/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 11/17/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 11/17/21 | LEGAL POSTAGE | 000 | $1.20 | $1.20 |
| 11/17/21 | LEGAL POSTAGE | 000 | $0.91 | $0.91 |
| 11/22/21 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |
| 11/22/21 | LEGAL POSTAGE | 000 | $3.56 | $3.56 |
| 11/22/21 | LEGAL POSTAGE | 000 | $1.76 | $1.76 |
| 11/22/21 | LEGAL POSTAGE | 000 | $0.73 | $0.73 |
| 11/22/21 | LEGAL POSTAGE | 000 | $0.73 | $0.73 |
| 11/22/21 | LEGAL POSTAGE | 000 | $0.53 | $0.53 |



Mr. Matthew L. Faison Jr.
038039 - G1-203
**WAKULLA CI - MAIN UNIT**
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327

MAILED FROM A
CORRECTIONAL
FACILITY

US POSTAGE—PITNEY BOWES
ZIP 32327 $011.60
02 4R
0000386097 JUL 15 2022

RECEIVED
JUL 19 2022

HON. S. Yeager
Case Administrator
United States District
Court
Southern District of
California
Office of the Clerk
333 West Broadway,
Suite 420
San Diego, California 92101

LEGAL MAIL



LEGAL MAIL
Provided to
Wakulla CI

JUL 15 2022

FOR MAILING