

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Levi Faison, Jr., | Civil Action No. 22-cv-1063-MMA-MSB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's Complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A without leave to amend and denies Plaintiff's Motion to Proceed IFP as moot. The Court further certifies that an IFP appeal from this Order would be frivolous and therefore could not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: 8/23/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>22cv1063-MMA-MSB</u>

Branstad, A & T Brokerage Dealer;
Andrew Lipman, Cell Phone Brokerage Manager;
Brian Thompson, Motion Picture Manager;
Jimmy White, Bank Teller, Clerk Manager,

Defendants.