**FILED**
Sep 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ shellyy   DEPUTY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**



LEGAL MAIL
Provided to Wakulla CI
SEP 8 2022
for mailing  MLF

MATTHEW L. FAISON,
038634 – G1 -203ᴸ
       Plaintiff,

CASE NO.: 22-cv-1063

v.

BRANSTAD; ANDREW
LIPMAN, BRIAN THOMPSON,
JIMMY WHITE

### MOTION TO ALTER OR AMEND THE JUDGMENT

**COMES NOW,** the undersign pursuant counsel inmate Matthew L. Faison, moves this Court pursuant to Fed.R.Civ.P. 59(e). And is unpleased with the finding entered, the 23rd of August 2022. reasons for opposing **Ecf. NO. 3 (Doc. NO. 3)** Assert foregoing.

    **A.  The factual precedent to entered
   a dismissal quoting section 1915 A (b)
   is to allow the moving of the Plaintiff's
   A opportunity to amend the complaint**

\*) on the U.S. Const., Fourth Amendment, of violation by Federal agents acting under color of governmental authority. **Gonzalez v. Velez, 864 F.3d 45, 52 (1st Cir. 2017).**

1). The context of this *sua sponte* does state a claim. And the only basic for this Rule 59 is to again advise the court this a **United States v. Jimenez Recid, claim ante, 537 U.S. 270 (2003)(cf.) Bivens v. Six Unknown named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 389 (1971).**

**Where as,** the basic of this fundamental case is or shall cause the proceedings to be commenced for voicing another opinion.

**Wherefore,** the movant believe he is entitle to redress and prays, **in good faith standing this motion is impact.**

Dated this 8th day of Sept, 2022.

Respectfully Submitted
Maestro Matthew Levi Faison
038634-G1-203

Mr. Matthew L. Faison 038634
WAKULLA CI - MAIN UNIT
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327



LEGAL MAIL

RECEIVED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY



MAILED FROM A CORRECTIONAL FACILITY

US POSTAGE $000.57°
ZIP 32327
02 4W
0000386097 SEP 08 2022

S. Yeager (C/A)
United States District Court
Southern District of California
333 West Broadway
Suite 420
San Diego, Ca. 92101

