

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL
Provided to
Wakulla CI

OCT 10 2022

FOR MAILING

MATTHEW LEVI FAISON, JR,
INMATE # 038634-61-203,
                              Plaintiff,

Case NO. 22-CV-1063

V.

B/A/L/B. THOMPSON, Leg MASON,
And J. WHITE,             Defendants

MOTION TO REOPEN CASE AND THE TRANSPARENCY CLAUSE
Via NEWly DISCOVERY UNAVAILABLE EVIDENCE THE APPLIANT
DID NOT LEARN THAT THE FACTUAL PAEDICATE FOR THE
CLAIM COULD NOT HAVE BEEN DISCOVERED PREVIOUSLY
THROUGH THE EXERCISE OF DUE DILIGENCE

Comes Now, Matthew L. Faison, in paper persona is
PRO SE in this action, moves the Court pursuant to
Rule 60(b)(2). Fed. R. Cv. P, And Assert reasons, becaue
of this court, allowing the Appliant another Opertunity to
move the court on a persuade 'Strag. Tactic of the
Newly Discovery Clause, see (DOC. NO. 6). Filed September 26,
2022. Whereas stated whereupon.

1 of 3

A. <u>ANTE DOC. NO. 1 AMEND TO BANK-TELLER CLERK MANAGER At DOC. NO. 1 Pg. 2 CONSPIRACY</u>

1) Facts on the newly discovery tactics, one of the said defendants, in this Sua Sponte action, Mr. Leg. Mason, is the Internation News paper Analyst, And pursuant to Fed. R. Evid. 602. Whereas doing said plaintiff Criminal Conviction held November 13-15 1979.

The Superior Circuit Court the 11th Judicial Conducted, A GOVERNMENT Federal Trial, in the Superior Judicial Circuit, In Maimi Florida. [Sic] tried the Defendant Matthew Faison, By having a federal Trial. Which th Miami Herald news paper company, present video footage picture And video tapes Cameras, As defendant Leg Mason, has personal Knowledge, of the Federal trial that was record as having a state court Trial, The said Defendant Faison, was suppose to be tried in the federal U.S. Courthouse, in Miami FL. If the Charges was Federal related.

As the Miami HERALD NEWS PAPER Company, Made Known to the public, of the conviction in its NEWS PAPER November 16, 1979.

All the Above miscarriage of Justice Fundamental reasons this Cause is ripe to be told And it is a public interest to be immediatly, be reveal.

(*) Fed. R. Cv. P. 60 (b) (2):

Where upon, from the unconstitutional Violation that end up into Miscarriage of Justice the Appliant ask the court to focus on the transparent clause.

Wherefore, the Plaintiff believe he is entitled to redress and prays in good faith he has Achieve the course for a swift impact.

Dated this 10th day of Oct. 2022

_____
Signature of Movant
Matthew L. Lawson Jr.



