Case 3:22-cv-01063-MMA-MSB   Document 10   Filed 11/08/22   PageID.58   Page 1 of 4

FILED
Nov 8 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ shellyy    DEPUTY

LEGAL MAIL
Provided to
Wakulla CI
NOV 03 2022
FOR MAILING
MLF

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF CALIFORNIA

CASE NO.: 22-CV-1063

MATTHEW LEVI FAISON, JR,

Plaintiff/Appellant,

Vs.

BRANSTAD; ANDREW LIPMAN;
BRIAN THOMPSON; JIMMY WHITE,
AND LEG MASON; et al,
DEFENDANT/APPELLEE(S)

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS

for the Ninth Circuit, Matthew L. Faison Plaintiff/Appellant, appeals to the United States Court of Appeals for the Afford mentioned Ninth Circuit, from the final judgment, <u>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE</u>; of The District Court for the district of Southern District of California; Render on the 20th of October 2022.

## THE Reliance OF This Appeal

("Claims of actual innocence based on "Newly Discovered Evidence") as the court does not consider the claim on actual innocence U.S. v. Field, 761 F 3d 443, 479 (5th Cir. 2014). See the circumstances in, THOMAS v. Vannoy, 2021 U.S. Dist. LEXIS 258443 (U.S. Dist. Court Eastern of Louisiana 2021). Cf. Cano v. 245C&C, LLC, (Southern Dist. of Fla. 2021), "U.S. Dist. LEXIS 259287";

~~Dated this 31st of October 2022~~

Dated this 3rd of November 2022

Matthew Lewis Javiers
Applicant Signature

Mr. Matthew Levi Faison Jr. 038634

**WAKULLA CI - MAIN UNIT**
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327

LEGAL MAIL

Ms. Martha Taror
Clerk
United States District
Court House
Southern District of California
333 West Broadway,
Suite 420
92101-3806 San Diego, California

MAILED FROM A
CORRECTIONAL
FACILITY

RECEIVED
NOV 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

US POSTAGE $000.57
0386097 NOV 03 2022

FOR MAILING

NOV 03 2022

LEGAL MAIL
Provided to
Wakulla CI